**Order entered June 10, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00157-CV

**MICHAEL A. RUFF, Appellant**

**V.**

**SUZANN RUFF, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17273**

### ORDER

Before the Court is appellant's June 9, 2021 opposed motion for extension of time to file his brief. Appellant seeks a twelve-day extension.

We **GRANT** the extension motion and **ORDER** the brief be filed no later than July 6, 2021.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE